DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WORLDWIDE AIRCRAFT SERVICES, INC. d/b/a JET ICU,

Appellant,

v.

BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., and
LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY,
d/b/a BLUE CROSS AND BLUE SHIELD OF LOUISIANA,

Appellees.


No. 2D2025-0699

_____

April 17, 2026

Appeal from the County Court for Hillsborough County; Matthew L. Felix,
Judge.

Michael Brannigan of The Law Office of Michael Brannigan P.A., Tampa,
for Appellant.

Daniel Alter and Eric Yesner of GrayRobinson, P.A., Fort Lauderdale, for
Appellee Blue Cross and Blue Shield of Florida, Inc.

Timothy J. Conner and Emily R. McWey of Holland & Knight LLP,
Jacksonville, for Appellee Louisiana Health Service & Indemnity
Company d/b/a Blue Cross and Blue Shield of Louisiana.


PER CURIAM.

Affirmed.

LUCAS, C.J., and KELLY and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.